Heather M. Vigil, Bar No. 254694
hvigil@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Shelley L. Murray, Bar No. 327300
smurray@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Fax No.: 619.232.4302

Attorneys for Defendants
ESTABLISHMENT LABS HOLDINGS INC.
(erroneously sued as ESTABLISHMENT
LABS INC.) and
MOTIVA USA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN KHADEM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ESTABLISHMENT LABS INC., MOTIVA USA LLC, and DOES 1-50 inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1044<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4864-5554-4910.1 / 117899-1006

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF RAMIN KHADEM, AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Establishment Labs Holdings Inc. (erroneously sued as Establishment Labs Inc.) and Motiva USA LLC, ("Defendants") hereby remove the above-entitled action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

This Removal is based on 28 U.S.C. §§ 1331, 1441 and 1446. This Notice is based upon the original jurisdiction of this Court over the parties under 28 U.S.C. § 1331 and the existence of a federal question herein. In support of their Notice of Removal, Defendants state:

## I.

## PLEADINGS, SERVICE AND PROCEEDINGS

On December 19, 2022, Plaintiff Ramin Khadem ("Plaintiff") filed a Complaint in the Superior Court of the State of California, for the County of Los Angeles, which was captioned as follows: Ramin Khadem, Plaintiff, v. Establishment Labs Inc., Motiva USA LLC and DOES 1-50, Defendants, designated as Case No. 22SMCV02737 ("Complaint"). A true and correct copy of the Complaint served on Defendants on January 12, 2023, is attached hereto as Exhibit A. Defendants are informed and believe that the remaining Doe defendants have not been served with the Summons Complaint. Thus, none need join in the Notice of Removal. *See Salveson v. Western States Bankcard Assoc.*, 731 F.2d 1423, 1429 (9th Cir. 1984) ("Our circuit rule is that a party not served need not be joined; the defendants summoned can remove by themselves.").

Plaintiff's Complaint alleges purported causes of action against Defendants for: (1) discrimination on the basis of race in violation of the Fair Employment Housing Act (FEHA); (2) intentional infliction of emotional distress, (3) wrongful termination in violation of public policy; (4) workplace harassment in violation of the FEHA and

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.

4864-5554-4910.1 / 117899-1006

the Age Discrimination in Employment Act ("ADEA"); (5) failure to prevent discrimination and harassment in violation of the FEHA and ADEA.

On February 10, 2023, Defendants filed and served an answer to Plaintiff's Complaint. A true and correct copy of Defendants' Answer is attached hereto as Exhibit B.

Pursuant to 28 U.S.C. § 1446(d), the attached exhibits constitute all the process, pleadings and orders served upon Defendants or filed or received in this action by Defendants.

## II.

## FEDERAL QUESTION JURISDICTION EXISTS

1. This Court has original jurisdiction over this matter because it arises under the laws of the United States. 28 U.S.C. § 1331.

2. "The district courts shall have original jurisdiction of all actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331. In deciding whether a suit arises under federal law, the district court must abide by the "well-pleaded complaint" rule, under which a suit arises under federal law only when the plaintiff's statement of his own cause of action shows that it is based on federal law. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

3. This case plainly arises under federal law. Plaintiff's Complaint arises out of purported alleged violations of federal statute 29 U.S.C. 626(e). Specifically, Plaintiff's Complaint asserts that Defendant violated the ADEA by allegedly harassing Plaintiff and/or creating a hostile work environment. (*See* Exhibit A (Complaint) at ¶¶ 36-41.)

4. All other claims for relief under various California statutory and common laws are within the supplemental jurisdiction of this Court under 29 U.S.C. § 1367(a), because they are so related to the ADEA claims that they form part of the same case or controversy under Article III of the United States Constitution. Plaintiff's other state law claims are all related to his ADEA claim since they "derive from a common

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

3.

4864-5554-4910.1 / 117899-1006

nucleus of operative fact and are such that a plaintiff would ordinarily be expected to try them in one judicial proceeding." *Kuba v. 1-A Agric. Ass'n*, 387 F. 3d 850, 855 (9th Cir. 2004). Jurisdiction is thus appropriate for all of Plaintiff's claims that are transactionally related to the federal claim.

### III.
### TIMELINESS OF REMOVAL

5. This Notice of Removal is timely in that it has been filed within 30 days of the service of the Complaint on January 12, 2023. *See* 28 U.S.C. § 1446(b).

### IV.
### VENUE

6. The action is pending in the Superior Court of California for the County of Los Angeles. Venue properly lies in the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1391(a) and 1441(a).

### V.
### NOTICE TO PLAINTIFF AND STATE COURT

7. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Central District of California, written notice of such filing will be given by the undersigned to Plaintiff's counsel of record. In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the County of Los Angeles, California.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4.

4864-5554-4910.1 / 117899-1006

# VI.
# CONCLUSION

8. WHEREFORE, Defendants now pray that the above-entitled action now pending against Defendants in the Superior Court of the State of California, County of Los Angeles should be removed therefrom to this Court.

Dated: February 10, 2023

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Heather M. Vigil*
Heather M. Vigil
Shelley L. Murray

Attorneys for Defendants
ESTABLISHMENT LABS HOLDINGS INC. (erroneously sued as ESTABLISHMENT LABS INC.) and MOTIVA USA LLC

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4864-5554-4910.1 / 117899-1006

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is 18565 Jamboree Road, Suite 800, Irvine, California 92612.

On February 10, 2023, I served the foregoing document(s) described as:

**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

on the interested parties by placing a true and correct copy thereof in a sealed envelope addressed as follows:

    Robin Montes, Esq.
    LAW OFFICES OF ROBIN MONTES
    1114 Maryland Dr.
    Vista, CA  92083
    Phone:    760.945.3148
    Fax:    760.945.7487

Attorney for Plaintiff RAMIN KHADEM

☐ **VIA ELECTRONIC MAIL WHERE INDICATED:** I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is kgarcia@littler.com.

☒ **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Littler Mendelson for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

6.

4864-5554-4910.1 / 117899-1006

☐ **BY FACSIMILE:** I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

☐ **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Littler Mendelson for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be picked up at Littler Mendelson's office by a Federal Express representative, or deposited in a box or other facility regularly maintained by the overnight delivery carrier.

☐ **HAND DELIVERY:** by directing _____ to personally deliver a copy of the document listed above to the person(s) at the address(es) set forth below.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on February 10, 2023, at Irvine, California.

_____
Karla Garcia

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

7.

4864-5554-4910.1 / 117899-1006