1  Robin D. Wood, Bar No. 171332
   robinlaw@cox.net
2  LAW OFFICES OF ROBIN MONTES
   1114 Maryland Drive
3  Vista, CA  92083
   Telephone:  760.945.3148
4
   Attorneys for Plaintiff
5  RAMIN KHADEM

6
   Heather M. Vigil, Bar No. 254694
7  hvigil@littler.com
   LITTLER MENDELSON, P.C.
8  18565 Jamboree Road, Suite 800
   Irvine, California  92612
9  Telephone:  949.705.3000
   Fax No.:      949.724.1201
10
   Shelley L. Murray, Bar No. 327300
11 smurray@littler.com
   LITTLER MENDELSON, P.C.
12 501 W. Broadway, Suite 900
   San Diego, California  92101.3577
13 Telephone:  619.232.0441
   Fax No.:      619.232.4302
14
   Attorneys for Defendants
15 ESTABLISHMENT LABS HOLDINGS INC.
   (erroneously sued as ESTABLISHMENT
16 LABS INC.) and MOTIVA USA LLC

17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  RAMIN KHADEM, | Case No. 2:23-cv-01044-SVW-ADS |
| 22        Plaintiff, | Assigned to the Hon. Stephen V. Wilson |
| 23     v. | **JOINT NOTICE OF SETTLEMENT** |
| 24  ESTABLISHMENT LABS INC., MOTIVE USA LLC, and DOES 1-50 inclusive, | |
| 25   | **[Local Rules 16-15.7, 40-2]** |
| 26        Defendants. | |

27

28

4875-4889-1504.2 / 117899-1006

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-REFERENCED COURT:**

PLEASE TAKE NOTICE that pursuant to Local Rules 16-15.7 and 40-2, Plaintiff RAMIN KHADEM ("Plaintiff") and Defendants ESTABLISHMENT LABS HOLDINGS and MOTIVA USA LLC ("Defendants") (collectively, the "Parties") have reached a settlement that would dispose of the entire case, subject to Court approval. The Parties jointly request that the Court vacate all pending deadlines and the final pretrial conference set for August 7, 2023.

Documents are currently being prepared to finalize the resolution of this matter and it is anticipated the Parties will file a stipulation for dismissal within twenty-one days.

Dated: July 14, 2023                     LAW OFFICE OF ROBIN MONTES

/s/ Robin D. Wood
Robin D. Wood

Attorneys for Plaintiff
RAMIN KHADEM

Dated: July 14, 2023                     LITTLER MENDELSON, P.C.

/s/ Heather M. Vigil
Heather M. Vigil
Shelley L. Murray

Attorneys for Defendants
ESTABLISHMENT LABS HOLDINGS INC. (erroneously sued as ESTABLISHMENT LABS INC.) and MOTIVA USA LLC

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Heather M. Vigil
Heather M. Vigil

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

4875-4889-1504.2 / 117899-1006